UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORRENA BRADFORD,

        Plaintiff,        Case Number 20-10773
v.        Honorable David M. Lawson
        Magistrate Judge Anthony P. Patti

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION TO FOR SUMMARY JUDGMENT, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AFFIRMING THE FINDINGS OF THE COMMISSIONER, AND DISMISSING COMPLAINT**

Presently before the Court is the report issued on August 3, 2021 by Magistrate Judge Anthony P. Patti pursuant to 28 U.S.C. § 636(b), recommending that the Court grant the Commissioner's motion for summary judgment and deny the plaintiff's motion for summary judgment pursuant to sentence four of 42 U.S.C. § 405(g). Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation (ECF No. 19) is **ADOPTED**.

- 2 -

It is further **ORDERED** that the plaintiff's motion for summary judgment (ECF No. 14) is **DENIED**.

It is further **ORDERED** that the Commissioner's motion for summary judgment (ECF No. 17) is **GRANTED**.  The findings of the Commissioner are **AFFIRMED**.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated:   August 19, 2021